# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 14-1496

**Caption [use short title]**

**Motion for:** Additional time to file Appellant's Brief based on Extraordinary Circumstances

Sanford, et al., v. TIAA-CREF, Gerd Schneider and Georgia Schneider

**Set forth below precise, complete statement of relief sought:**

Extend brief filing due date from July 21, 2014, to August 15, 2014

**MOVING PARTY:** William F. Sanford
- [ ] Plaintiff
- [ ] Defendant
- [✓] Appellant/Petitioner
- [ ] Appellee/Respondent

**OPPOSING PARTY:** TIAA-CREF and Schneiders

**MOVING ATTORNEY:** Robin L. Roberts

**OPPOSING ATTORNEY:** Suzanne O. Galbato, W. Bradley Hunt

[name of attorney, with firm, address, phone number and e-mail]

Roberts & Associates (601-544-0950)

Bond Schoeneck & King (315-218-8370)   - Mackenzie Hughes (315-233-8233)

P. O. Box 1953

110 West Fayette St.    - P. O. Box 4967

Hattiesburg, MS  39403

Syracuse, NY 13202-1355    - Syracuse, NY 13221-4967

**Court-Judge/Agency appealed from:** U.S.D.C. Western Division of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain):

Opposing counsel's position on motion:
[✓] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [✓] No  [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  [ ] Yes  [ ] No
Has this relief been previously sought in this Court?  [ ] Yes  [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  [ ] Yes  [✓] No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [✓] No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Robin L. Roberts    **Date:** 07/02/2014    **Service by:** [✓] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev. 12-13)

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| **WILLIAM F. SANFORD, Individually and as Executor of the Estate of GERLINDE ULM SANFORD, Deceased** | **APPELLANT** |
| Versus | Civil Action No. 14-1496 |
| **TIAA-CREF INDIVIDUAL & INSTITUTIONAL SERVICES, LLC, GERD SCHNEIDER, and GEORGIA SCHNEIDER** | **APPELLEES** |

MOTION FOR ADDITIONAL TIME TO FILE APPELLANT'S BRIEF
BASED ON EXTRAORDINARY CIRCUMSTANCES

William F. Sanford, the Appellant, requests the Court to grant an Order extending the date to file Appellant's Brief from July 21, 2014, to August 15, 2014, a total of 25 days on the following grounds:

1.  This case will adjudicate important issues of review standards and due process rights under ERISA, and will have much broader application as precedent on other ERISA decisions.

2.  This extension is not being sought for purposes of delay, and it is necessary for substantial justice to be done to the rights of the Appellant in this case. The length of the delay sought does not unnecessarily prolong the appellate process nor interfere with the administration of justice by this Court.

3.  Notwithstanding the exercise of due diligence by Appellant's counsel, admission to the Second Circuit Bar by Appellant's counsel had not yet been obtained prior to the 14-day scheduling request deadline under Local Rule 31.2(a)(1)A. Thus, as established by the affidavit of counsel, attached hereto as Exhibit "A," extraordinary circumstances exist for granting

additional time to file because *Appellant's counsel was not yet admitted in this Court when the deadline passed*.

4. Denial of the additional time may be prejudicial to the Appellant, and would be engendered through no fault of his own.

5. Additional time for briefing will work to the benefit of the Court in that it will allow Appellant's Brief to be more concise, focused, and helpful to the Court.

6. This ERISA appeal arguably falls under appeals from an agency under F.R.A.P. 15, since ERISA sets up a quasi-agency review process. If F.R.A.P. 15 applies, then the time to file a scheduling request would be from the "ready date" of which no notice has yet been sent.

7. No previous request for an extension has been made.

WHEREFORE, premises considered, the Appellant, through counsel, requests the Court to grant an additional 25 days, or until August 15, 2014, in which to file the Appellant's Brief.

Respectfully submitted, this the 2nd day of July, 2014.

                **William F. Sanford**, Individually and as Executor
                of the **Estate of Gerlinde U. Sanford**, Appellant


By: /s/ Robin L. Roberts
     Robin L. Roberts, Attorney for Appellant


Robin L. Roberts (MB # 5596
Robin L. Roberts, Attorneys at Law, PLLC
P. O. Box 1953
Hattiesburg, MS 39403
(601) 544-0950
(601) 450-5395 (fax)
robin@rablaw.net

## CERTIFICATE OF SERVICE

    I, Robin L. Roberts, do hereby certify that I have this day electronically served the foregoing using the Court's ECF System, which sent electronic notification of such filing to all counsel of record.

    This the 2nd day of July, 2014.

                                                    //s// Robin L. Roberts
                                                    Robin L. Roberts