United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: August 06, 2014
Docket #: 14-1496cv
Short Title: Sanford v. TIAA-CREF Individual & Institu

DC Docket #: 12-cv-1254
DC Court: NDNY (SYRACUSE)
DC Judge: D'Agostino
DC Judge: Dancks

## NOTICE OF DEFECTIVE FILING

On July 31, 2014 the Brief, Redacted Joint Appendix volumes 1-3 and Sealed Joint Appendix volumes 1-3 were submitted in the above referenced case. The documents do not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
**\_\_XX\_\_\_\_ Improper proof of service *(FRAP 25)***
    **\_\_XX\_\_\_\_ Missing proof of service - NOTE: A certificate of service is required for the papers filed under seal.**
        _____ Served to an incorrect address
        _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Interim Local Rules 25.2),* click [here](#) for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Interim Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
_____ Defective cover *(FRAP 32)*
    _____ Incorrect caption *(FRAP 32)*
    _____ Wrong color cover *(FRAP 32)*
    _____ Docket number font too small *(Local Rule 32.1)*
_____ Incorrect pagination, click [here](#) for instructions on how to paginate PDFs *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
**\_\_XX\_\_\_\_ Incorrect Filing Event - NOTE: Brief and Special Appendix must be filed using the "Appellant/Petitioner Brief & Special Appendix filed" filing event.**
**\_\_XX\_\_\_\_ Other: (1) All Redacted/Sealed Joint Appendix volumes must each have a table**

of contents (see *Local Rule 32.1(b)(6)*); **(2) Hard copies of the volumes of the redacted Joint Appendix must not be combined; each volume must be separately bound and must match the electronic filing. When re-filing electronically, DO NOT use "Corrected Brief/Appendix;" please use same filing events as previously used the first time.**

     Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than **August 8, 2014.** The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

     Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8623.